No. 77–5536. MOTEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5544. WATSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5551. SAUNDERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5566. JACKSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5568. GIBSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 77–5579. RAMSEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–5583. FULLMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5589. DURNS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5592. HUDSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–5594. WITHERSPOON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5599. DANIELS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–5600. SNYDER v. UNITED STATES C. A. 9th Cir. Certiorari denied.

No. 77–5602. SANSONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–361. WALKER, GOVERNOR OF ILLINOIS, ET AL. v. HAYES. C. A. 7th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.